66 A.3d 250

Joseph P. GUARRASI, J.D., Appellant

v.

Timothy CARROLL Bucks County Detective Individual and Official Capacity and Michael Mosiniak Bucks County Detective Individual and Official Capacity and Thomas G. Gambardella Bucks County Asst. Dist. Attorney Individual and Official Capacity, Appellees.

Supreme Court of Pennsylvania.

Feb. 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**